1   [ADDITIONAL COUNSEL LISTED ON
    SIGNATURE PAGE]
2

3   Steven T. Lowe, Esq. SBN 122208
    steven@lowelaw.com
    Kris LeFan, Esq., SBN 278611
4   kris@lowelaw.com
    LOWE & ASSOCIATES, P.C.
5   11400 Olympic Blvd., Suite 640
    Los Angeles, CA 90064
6   Telephone: (310) 477-5811
    Facsimile: (310) 477-7672
7

8   Hao Ni (*pro hac vice pending*)
    hni@nilawfirm.com
    NI, WANG & MASSAND, PLLC
9   8140 Walnut Hill Lane, Suite 500
    Dallas, TX 75231
10   Telephone: (972) 331-4600
    Facsimile: (972) 314-0900
11

12   Attorneys for Plaintiff
    HALL DATA SYNC TECHNOLOGIES, LLC

13

14                  UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16

17   HALL DATA SYNC TECHNOLOGY,
    LLC,
18
              Plaintiff,
19
    v.
20
    BOX, INC.,
21
              Defendant.
22

23   HALL DATA SYNC TECHNOLOGIES    Case Nos.  15-CV-3063-VC, 15-CV-3064-VC,
    LLC,                                   15-CV-3065-VC

24               Plaintiff,         STIPULATED MOTION AND ~~[PROPOSED]~~
                                   ORDER FOR RELIEF FROM DEADLINE TO
25         vs.                  FILE JOINT CASE MANAGEMENT
                                   CONFERENCE STATEMENT IN RELATED
26   DROPBOX INC.              ACTIONS  PURSUANT TO L.R. 16-2(D)

27               Defendant.        **JURY TRIAL DEMANDED**

28

---

JOINT STIPULATION AND [PROPOSED]           CASE NOS. 15-CV-3063-VC, 15-CV-3064-
ORDER TO CONTINUE CMC                    VC, 15-CV-3065-VC

1

HALL DATA SYNC TECHNOLOGIES LLC,

2

                      Plaintiff,

3

4

        vs.

5

GOOGLE INC.

6

                      Defendant.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED]
ORDER TO CONTINUE CMC

CASE NOS. 15-CV-3063-VC, 15-CV-3064-
VC, 15-CV-3065-VC

1  The Parties in the above captioned cases jointly move under Civ. L.R. 16-2(d) for a

2  three-day extension to the deadline to submit the Joint Case Management Conference

3  Statement ("Joint CMC Statement") to allow additional time review and submit an agreed upon

4  Statement.

5  Local Rule 16-2(d) provides that "a party...may seek relief from an obligation imposed

6  by Fed. R. Civ. P. 16 or 26 or the Order Setting Initial Case Management Conference."  In this

7  case, the Court should exercise its discretion to permit a three-day modification to the deadline

8  to submit the Joint CMC Statement.  The Parties in these related actions have made their best

9  effort to comply with the Court's August 12th Order (Dkt. 29 in Case No. 15-3063; Dkt. 25 in

10  Case No. 15-3064; Dkt. 21 in Case No. 15-3065) setting August 18th as the deadline to submit

11  the Parties' Joint CMC Statement.  Since receiving notice of the deadline, the Parties have

12  discussed the contents of the Joint CMC Statement telephonically and have also exchanged an

13  initial draft of the Statement.  Additional time is needed, however, to allow the parties as well

14  as their in-house representatives to review the Joint CMC Statement and proposed schedule,

15  and to allow further time for the parties to attempt to reach agreement on its contents.  The

16  extension will also save the Court time and resources reviewing issues that may otherwise be

17  worked out between the Parties.  Moreover, lead counsel for Google has a hearing scheduled

18  before the Honorable Judge Virginia Phillips in the Central District of California on August

19  18th, which has made coordination on the Joint CMC Statement difficult.

20  In sum, the Parties in these related actions believe that there is good cause for a short

21  three-day extension and respectfully request that the Court extend the deadline to submit the

22  Joint CMC Statement from August 18, 2015 to August 21, 2015.  No other deadline will be

23  affected by this extension (including the Case Management Conference itself).

24  IT IS HEREBY STIPULATED AND AGREED, by and among the parties and their

25  respective counsel of record and with the permission of the Court, that deadline to submit the

26  Parties Initial Case Management Statement in this action shall be continued to Friday,

27  August 21, 2015.

28

JOINT STIPULATION AND [PROPOSED]
ORDER TO CONTINUE CMC                - 1 -      CASE NOS. 15-CV-3063-VC, 15-CV-3064-
                                                 VC, 15-CV-3065-VC

1    Dated: August 18, 2015              RESPECTFULLY SUBMITTED,
                                         LOWE & ASSOCIATES, P.C.
2
                                         BY: /s/*Kris LeFan*_____
3                                            KRIS LEFAN

4                                        ATTORNEYS FOR PLAINTIFF
                                         HALL DATA SYNC TECHNOLOGIES, LLC
5
     Dated: August 18, 2015              KASOWITZ, BENSON, TORRES & FRIEDMAN
6                                        LLP

7                                        BY: /s/   *John Downing*
                                             JEFFREY J. TONEY
8                                            JONATHAN K. WALDROP
                                             DARCY L. JONES
9                                            MARCUS A. BARBER
                                             ROBERT P. WATKINS III
10                                           JOHN W. DOWNING
                                             HEATHER S. KIM
11
                                         ATTORNEYS FOR DEFENDANT
12                                       GOOGLE INC.

13   Dated:  August 18, 2015             DLA PIPER LLP (US)

14
                                         BY:  /s/ *AARON WAINSCOAT*
15                                           JOHN GUARAGNA
                                             AARON WAINSCOAT
16
                                         ATTORNEYS FOR DEFENDANT
17                                       BOX INC.

18   Dated:  August 18, 2015             FARELLA BRAUN + MARTEL LLP

19
                                         BY:  /s/ *JEFFREY FISHER*
20                                           Jeffrey M. Fisher
                                             Deepak Gupta
21                                           Winston Liaw

22                                       ATTORNEYS FOR DEFENDANT
                                         DROPBOX INC.
23

24           I hereby attest pursuant to L.R. 5.1(i)(3) that concurrence in the electronic filing of  this

25   document has been obtained from the other signatories.

26

27   Dated: August 18, 2015                 */s/ KRIS LEFAN*_____

28

1

2                    [PROPOSED] ORDER

3       The Court having considered the stipulation of the parties, orders as follows:

4       • The parties shall file a Joint Case Management Statement on or before Friday,

5          August 21, 2015.

6

7       PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

8

9   Dated: ___August 20___, 2015    _____

10                                   Honorable Vince Chhabria
                                     United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED]        - 3 -     CASE NOS. 15-CV-3063-VC, 15-CV-3064-
ORDER TO CONTINUE CMC                              VC, 15-CV-3065-VC