1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7   HALL DATA SYNC TECHNOLOGIES LLC,          Case No.  15-cv-03064-VC

8              Plaintiff,

9          v.          **STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE**

10  DROPBOX INC.,

11             Defendant.

12         The parties agree and stipulate that the above-captioned case is hereby dismissed in its

13  entirety, with prejudice.  Each party shall bear its own attorneys' fees and costs.

14         **AGREED TO:**

15         Ni Law Firm, PLLC

16

17         By: _____          Date: 10/25/15

           *Attorneys for Plaintiff*
18

19

           Farella Braun & Martel LLP
20

21

           By: _____          Date: 10/21/15
22         *Attorneys for Defendant*

23

24         **IT IS SO ORDERED.**

    Dated: 10/21/15
25

26                                                _____
                                                  VINCE CHHABRIA
27                                                United States District Judge

28

*United States District Court*
*Northern District of California*